TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00664-CV







Texas Department of Public Safety, Appellant



v.



Frank C. Blair, Jr., Appellee







FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT


NO. 152,955-B, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING







PER CURIAM


 The parties have filed a joint motion to grant appellant's writ of error, to reverse
the order of expunction and remand the cause to the trial court. The motion is granted. Tex. R.
App. P. 59(a)(1)(A).

 The order of the trial court is reversed and the cause is remanded to the trial court.


Before Chief Justice Carroll, Justices Jones and B. A. Smith

Reversed and Remanded on Joint Motion

Filed: December 13, 1995

Do Not Publish